No. 1101.   GRASSO *v.* UNITED STATES; and

No. 1224.   TROPIANO *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.   *Ira B. Grudberg* for petitioner in No. 1101, and *Abraham Glasser* and *F. Lee Bailey* for petitioner in No. 1224.   *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice R. Rosenberg* for the United States in both cases.

No. 1169.   CALABRESE ET AL. *v.* UNITED STATES.   C. A. 6th Cir.   Certiorari denied.   *James R. Willis* for petitioners.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Mervyn Hamburg* for the United States.

No. 1184.   TUNNELL, EXECUTRIX *v.* EDWARDSVILLE INTELLIGENCER, INC.   Sup. Ct. Ill.   Certiorari denied. *Milton Richard Allen* for petitioner.

No. 1187.   EYMAN, WARDEN *v.* SCHANTZ.   C. A. 9th Cir.   Certiorari denied.   *Gary K. Nelson,* Attorney General of Arizona, and *Carl Waag,* Assistant Attorney General, for petitioner.   *John P. Frank* for respondent.

No. 1203.   DI DOMENICO *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.   *Carl M. Walsh* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Kirby W. Patterson* for the United States.

No. 1207.   C. G. WILLIS, INC. *v.* HEWLETT.   C. A. 4th Cir.   Certiorari denied.   *Harry E. McCoy* for petitioner. *Howard I. Legum* for respondent.